IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT KANSAS

| | |
|---|---|
| MARION F. BRINK,<br><br>Plaintiff,<br><br>v.<br><br>ASSIST INVESTMENT MANAGEMENT COMPANY, INC., ARTHUR CRAIG PETERSON, DEAN A. BENGEN and PATRICIA ANN PETERSON<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)     Case No. 05-2420 KHV |

### APPLICATION FOR ORDER CONFIRMING
### DIRECTIVE OF EXPUNGMENT IN ARBITRATION AWARD

COMES NOW Defendants Arthur Craig Peterson and Patricia Ann Peterson (the "Petersons") and hereby apply to this Court for an Order confirming a directive of expungement in an arbitration award entered on March 21, 2005. In support of this Application, the Petersons state as follows:

Parties

1.    Defendants Arthur Craig Peterson and Patricia Ann Peterson are residents of the State of Kansas.

2.    Defendant Assist Investment Management Company, Inc. is a Kansas corporation and can be served with process through its registered agent Jeffrey D. Zimmerman, 7133 W. 95th Street, Suite 216, Overland Park, Kansas 66212.

3.    Upon information and belief, Defendant Dean A. Bengen is a resident of Ketchikan, Alaska and can be served with process at 610 Front Street, Ketchikan, Alaska, 99901.

4. Upon information and belief, Plaintiff Marion F. Brink is a resident of Wilmette, Illinois and can be served with process at 444 Highcrest Drive, Wilmette, Illinois.

### Jurisdiction and Venue

5. Jurisdiction and venue is proper in this Court. *See* 9 U.S.C. § 9; 28 U.S.C. § 1391; SEC Release No. 34-48933, NASD Rulemaking: Orders and Notice Relating to Proposed NASD Rule 2130 Concerning the Expungement of Customer Dispute Information from the Central Registration Depository System (December 16, 2003), at 14, fn 29 (Exhibit A); *see also Loew v. Kolb*, 2003 WL 22271221, at *1-3 (S.D.N.Y. 2003) (court confirmed arbitration expungement); *Spasiano v. Provident Mut. Life Ins. Co.*, 2003 WL 23098727, at *1 (N.Y. App. Div. 2003) (court confirmed arbitration expungement); *Greenwich Global, LLC v. Clairvoyant Capital, LLC*, 2002 WL 31374897, at *1 (Conn. Super. 2002) (court ordered expungement after trial on the merits).

### Allegations

6. On or about March 21, 2003, Marion Brink filed an arbitration action with the National Association of Securities Dealers, Inc. ("NASD") against Defendants concerning his investments in mutual funds, captioned *Marion F. Brink v. Assist Investment Management Company, Inc., Arthur C. Peterson, Dean A. Bengen, and Patricia A. Peterson*, NASD No. 03-02152. *See* Stipulated Award (Exhibit B).

7. Brink alleged violations of the Securities Exchange Act of 1934; violations of the Illinois Securities Law of 1953; violations of the Illinois Consumer

Fraud and Deceptive Business Practices Act; breach of fiduciary duty; negligence; and breach of contract. *See* Stipulated Award (Exhibit B).

8. Defendants denied the allegations set forth in Brink's Statement of Claim and asserted legal and factual defenses to the claims. *See* Stipulated Award (Exhibit B).

9. Prior to hearing, the claims against Defendants were resolved. *See* Stipulated Award (Exhibit B).

10. On or about March 21, 2005 a Stipulated Award was entered in the action. *See* Stipulated Award (Exhibit B).

11. The Stipulated Award recommended expungement of any and all references to the arbitration from the Petersons' registration records maintained by the NASD Central Registration Depository ("CRD"). *See* Stipulated Award (Exhibit B).

12. Pursuant to NASD Notice to Members 99-09, before the CRD will execute the expungement and remove all references to the arbitration from Petitioners' registration record, a court of competent jurisdiction must enter an Order confirming the award/directive of expungement. *See* NASD Notice to Members 99-09 (Exhibit C); *see also* NASD Notice to Members 99-54 (Exhibit D).

13. In entering the Stipulated Award, the Arbitrator found that Brink had no objection to entry of an award recommending expungement and had stipulated to such expungement. Thus, there can be no objection to entry of an Order confirming the directive of expungement. *See* Stipulated Award (Exhibit B).

WHEREFORE, for the foregoing reasons, the Petersons respectfully request the Court enter an Order confirming the directive of expungement contained in the March 21, 2005 Stipulated Award.

Kansas City, KS designated as place of trial.

                                              Respectfully submitted

                                              **BRYAN CAVE LLP**

                                              By    s/ Rebecca S. Jelinek
                                                   W. Perry Brandt    D.Kan.#77842
                                                     Rebecca S. Jelinek   Kan. #20322
                                                     3500 One Kansas City Place
                                                     1200 Main Street, Suite 3500
                                                     Kansas City, Missouri 64105
                                                     (816) 374-3200 (Telephone)
                                                     (816) 374-3300 (Facsimile)

                                              Attorneys for Defendants