# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT KANSAS

| | |
|---|---|
| ARTHUR CRAIG PETERSON and PATRICIA ANN PETERSON,  )<br>) | |
| Movants,  ) | |
| v.  ) | Case No.  05-2420-KHV |
| MARION F. BRINK,  ) | |
| Respondent.  ) | |

## ORDER

This matter comes before the Court on Movants Arthur Craig Peterson's and Patricia Ann Peterson's ("Movants") Motion for Entry of Order Confirming Directive of Expungement in Arbitration Award (Doc. 4).  The Court has reviewed the March 21, 2005 Stipulated Award entered in the arbitration action filed by Respondent Marion F. Brink with the National Association of Securities Dealers, Inc. ("NASD") against Movants (and other parties) concerning his investments, captioned *Marion F. Brink v. Assist Investment Management Company, Inc., Arthur C. Peterson, Dean A. Bengen, and Patricia A. Peterson*, NASD No. 03-02152, recommending expungement of any and all references to the arbitration from Movants' registration records maintained by the NASD Central Registration Depository ("CRD") and finding the arbitration claimant had stipulated to expungement.  Accordingly, and for good cause shown, the Court confirms the Stipulated Award dated March 21, 2005.

**IT IS SO ORDERED.**

Dated this 21st day of February, 2006 at Kansas City, Kansas.

s/ Kathryn H. Vratil
Kathryn H. Vratil
United States District Judge